ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :     INFORMATION
                                 :
            - v. -               :     13 Cr. 718
                                 :
DAVID GREENBERG,                 :
                                 :
                    Defendant.   :
                                 :
- - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

1. From at least in or about 1995 up to and including in or about June 2013, in the Southern District of New York and elsewhere, DAVID GREENBERG, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that DAVID GREENBERG, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances involved in the offense were (1) 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine; (2) 1 kilogram and more of mixtures and substances containing a detectable amount of heroin; (3) mixtures and substances containing a detectable

amount of marijuana; (4) mixtures and substances containing a detectable amount of MDMA; (5) mixtures and substances containing a detectable amount of oxycodone; (6) mixtures and substances containing a detectable amount of phencyclidine, commonly known as "PCP," in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

4.  As a result of committing the controlled substance offense alleged in Count One of this Information, DAVID GREENBERG, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the violation and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violation alleged in Count One of this Information, including but not limited to a sum in United States currency representing the amount of proceeds obtained as a result of the offenses.

### Substitute Assets Provision

5.  If any forfeitable property, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

2

      b.    has been transferred or sold to, or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

*[signature]*
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DAVID GREENBERG,

Defendant.

INFORMATION

13 Cr.

(Title 21, United States Code, Section 846.)

PREET BHARARA
United States Attorney.